UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| CHAD K. REIMER, | Case No. CV-16-91-GF-DLC |
|---|---|
| Petitioner, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| LEROY KIRKEGARD, et al., | |
| Respondents. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED this case is DISMISSED in accordance with the Order issued on today's date.

Dated this 22nd day of December, 2016.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk